# H DANA VANHEE, ESQ.

April 15, 2019

Hon. Andrew T. Baxter
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261
(via ECF)

Re:   US v. 5:19-MJ-161
      Waiver of Preliminary Hearing

Dear Judge Baxter:

I write to advise the court that I am waiving Ms. Aguilar's preliminary hearing, which is scheduled for tomorrow. I have received a proposed plea agreement from the government and will review it with my client shortly.

Thank you for your courtesy.

Respectfully yours,

H Dana VanHee

cc:   Katherine King, Esq.

Post Office Box 712, Syracuse, New York 13206
Phone: 315.422.5655 Fax: 315.295.2690
www.vanheelaw.com; www.forfeiturelawyer.legal
dana@vanheelaw.com